No. 79–1043.  CITY OF BLACK JACK ET AL. *v.* BATES ET AL. C. A. 8th Cir.  Certiorari denied.

No. 79–1045.  MURPHY *v.* OWENS-CORNING FIBERGLAS CORP.  C. A. 10th Cir.  Certiorari denied.

No. 79–1049.  SMITH *v.* ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 79–1065.  O'HAIR *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 79–1067.  McMILLAN *v.* MARINE SULPHUR SHIPPING CORP.  C. A. 2d Cir.  Certiorari denied.

No. 79–1115.  JAMES *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–1151.  ELLIS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–1155.  GARDNER *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–5685.  HOOKER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–5712.  STRONG *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–5724.  McNEAR *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 79–5763.  STARKS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–5788.  MARINOFF *v.* ENVIRONMENTAL PROTECTION AGENCY.  C. A. 2d Cir.  Certiorari denied.